IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTRAVEIUS BAKER,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3331

Opinion filed November 3, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Antraveius Baker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.  See Munn v. Florida Parole Commission, 807 So. 2d 733 (Fla. 1st DCA 2002).

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.